TIMOTHY DERRICK et al., as Administrators, etc., Respondents,
    *v.* MARY LOUISA EMMENS, Impleaded, etc., Appellant.

(Argued May 24, 1892; decided June 14, 1892.)

APPEAL from judgment of the General Term of the City
Court of Brooklyn, entered upon an order made March 23,
1891, which affirmed a judgment in favor of plaintiffs, entered
upon a decision of the court on trial at Special Term.

*Edward F. O'Dwyer* for appellant.

*William Sullivan* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

GEORGE C. ACKERSLOOT, an Infant, by Guardian, etc.,
    Respondent, *v.* THE SECOND AVENUE RAILROAD COM-
    PANY, Appellant.

(Argued May 24, 1892; decided June 14, 1892.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
August 27, 1891, which affirmed a judgment in favor of plain-
tiff, entered upon a verdict, and also affirmed an order denying
a motion for a new trial.

*Payson Merrill* for appellant.

*Franklin Bartlett* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.